```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08997
    HERMAN STEWART JR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-7683


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/17/2007 and was not confirmed.

     The case was dismissed without confirmation 09/27/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
 RESCAP MORTGAGE            CURRENT MORTG         .00            .00            .00
 RESCAP MORTGAGE            MORTGAGE ARRE         .00            .00            .00
 BANK OF AMERICA            UNSEC W/INTER   NOT FILED            .00            .00
 CAPITAL ONE BANK           UNSEC W/INTER   NOT FILED            .00            .00
 CAPITAL ONE BANK           UNSEC W/INTER      648.68            .00            .00
 CAPITAL ONE BANK           UNSEC W/INTER   NOT FILED            .00            .00
 ECAST SETTLEMENT CORP      UNSEC W/INTER     3895.50            .00            .00
 CITIBANK USA NA            UNSEC W/INTER     2679.36            .00            .00
 DISCOVER FINANCIAL SERVI   UNSEC W/INTER     6473.40            .00            .00
 EMCC                       UNSEC W/INTER   NOT FILED            .00            .00
 FIRST BANK & TRUST OF EV   UNSEC W/INTER     6059.77            .00            .00
 GATEWAY CBUSA              UNSEC W/INTER   NOT FILED            .00            .00
 ASSET ACCEPTANCE LLC       UNSEC W/INTER     1243.30            .00            .00
 ILLINOIS BELL TELEPHONE    UNSEC W/INTER   NOT FILED            .00            .00
 KROPIK PAPUGA & SHAW       NOTICE ONLY     NOT FILED            .00            .00
 PERFORMANCE CAPITAL MANA   UNSEC W/INTER         .00            .00            .00
 HOUSEHOLD CREDIT SERVICE   UNSEC W/INTER     1990.52            .00            .00
 RESCAP MORTGAGE            NOTICE ONLY     NOT FILED            .00            .00
 ECAST SETTLEMENT CORP      UNSEC W/INTER     7858.89            .00            .00
 NELLA E MARIANI            DEBTOR ATTY       1,091.00                       1,021.18
 TOM VAUGHN                 TRUSTEE                                              69.82
 DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE              1,091.00

 PRIORITY                                       .00
 SECURED                                        .00
 UNSECURED                                      .00
 ADMINISTRATIVE                             1,021.18
 TRUSTEE COMPENSATION                          69.82
 DEBTOR REFUND                                  .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08997 HERMAN STEWART JR
```

```
                                    ---------------      ---------------
TOTALS                                     1,091.00             1,091.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/27/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 07 B 08997 HERMAN STEWART JR